IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS BARNDT, :
    Plaintiff :
:
vs.     CIVIL NO. 3:CV-09-1790
:
PA DEPT. CORRECTIONS, et al., :
    Defendants :

*O R D E R*

AND NOW, this 18th day of November, 2010, upon consideration of the report (doc. 71) of the magistrate judge, filed September 7, 2010, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's recommendation is adopted.

    2. Plaintiff's motion/brief (doc. 59) for a preliminary injunction is denied.

                      /s/William W. Caldwell
                      William W. Caldwell
                      United States District Judge