IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS BARNDT, :
    Plaintiff :
:
vs. :  CIVIL NO. 3:CV-09-1790
:
PA DEPT. CORRECTIONS, et al., :
    Defendants :

*O R D E R*

AND NOW, this 11th day of March, 2011, upon consideration of the report of the magistrate judge, filed January 24, 2011, the objections that were filed, and independent review of the record, it is ordered that:

    1. The magistrate judge's report (doc. 103) is adopted.

    2. Plaintiff's motion (doc. 99) for reconsideration of the order of January 11, 2011 (doc. 92) is denied.

    3. This matter is remanded to the magistrate judge for further proceedings.

                        /s/William W. Caldwell
                          William W. Caldwell
                          United States District Judge