IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS BARNDT,<br>    Plaintiff | :<br>:<br>:<br>: |
| v. | : CIVIL NO. 3:09-CV-1790<br>:<br>: |
| DR. STANLEY BOHINSKI, *et al.*,<br>    Defendants | :<br>: |

*O R D E R*

AND NOW, this 12th day of October, 2011, upon consideration of the Report and Recommendation of Magistrate Judge Carlson (Docs. 140 and 141), to which no objections have been filed, and upon a review of the proceedings in this case, it is ORDERED that said Reports (Docs. 140 and 141) are accepted.

Pursuant to the Recommendations in said Reports, it is ORDERED as follows:

1. Defendant Lekowsky's motion for summary judgment (Doc. 127) is GRANTED, and he is DISMISSED as a party in this action.

2. The claims against Defendants Cheryl Banks, Dr. Jesse, Dr. Gulorkhi, and Eugene Lucas are DISMISSED for Plaintiff's failure to prosecute or properly serve said defendants.

                                         /s/ William W. Caldwell
                                         William W. Caldwell
                                         United States District Judge